IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STEPHEN GLEN ROSE,
        Petitioner,

v.                              **Judgment in a Civil Case**

HANS MILLER,
        Respondent.               Case Number: 5:20-HC-2106-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, Chief United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 14, 2020, with service on:
Stephen Glen Rose, #422096
Onslow County Detention Facility
717 Court Street
Jacksonville, NC 28540  (via U.S. Mail)


August 14, 2020                                            Peter A. Moore, Jr.
                                                          Clerk of Court

                                                         By: _/s/ Aquilah Pode_
                                                          Deputy Clerk